NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELTON G. WOODARD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7178

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1757, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

*PER CURIAM.*

## O R D E R

Elton G. Woodard moves for judge review of the clerk's order denying his motion for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT

Woodard's motion for reconsideration is denied.

FOR THE COURT

DEC 22 2011

/s/ Jan Horbaly

Date

Jan Horbaly
Clerk

cc:  Elton G. Woodard
     Elizabeth A. Speck, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 22 2011

JAN HORBALY
CLERK